No. 79–5227. PARKER *v.* OREGON. Ct. App. Ore. Certiorari denied.

No. 79–5238. SHAKUR *v.* BLANTON, GOVERNOR OF TENNESSEE. C. A. 6th Cir. Certiorari denied.

No. 79–5248. BOOTH *v.* NEBRASKA. Sup. Ct. Neb. Certiorari denied.

No. 79–5259. ESTRADA *v.* HALVONIK ET AL. C. A. 9th Cir. Certiorari denied.

No. 79–5265. WRIGHT *v.* ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 79–5302. KROGER *v.* ENGLE, CORRECTIONAL SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.

No. 79–5314. BENAVIDES *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 79–5333. THORNTON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79–5367. JONES *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 79–5393. PUGLISI *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79–5443. FILLMORE *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 79–5463. TAYLOR *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 79–5470. WILLIAMS *v.* WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHIBILITATION OF FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.